IN THE UNITED STATES DISTRICT COURT FOR
THE WESTERN DISTRICT OF OKLAHOMA

FILED
JAN 20 2015
CARMELITA REEDER SHINN, CLERK
U.S. DIST. COURT, WESTERN DIST. OKLA.
BY_____,DEPUTY

DEREMY WASHINGTON, )
)
Petitioner, )
)
vs. ) No. CIV-14-1419-W
)
WARDEN ADDISON, )
)
Respondent. )

## ORDER

On December 31, 2014, United States Magistrate Judge Suzanne Mitchell issued a Report and Recommendation in this matter and recommended that the Application for Leave to Proceed in Forma Pauperis filed by petitioner Deremy Washington, proceeding pro se, be denied. Washington was advised of his right to object to the Report and Recommendation. See Doc. 4 at 2. Washington did not object, but rather paid the filing fee of $5.00. See Doc. 5.

Upon review of the record, the Court concurs with Magistrate Judge Mitchell's finding that Washington had sufficient funds to prepay the filing fee, see Doc. 2 at 5, and her determination that Washington was therefore not qualified to proceed without prepayment of that amount in full.

Accordingly, the Court

(1) to that extent ADOPTS the Report and Recommendation [Doc. 4] issued on December 31, 2014;

(2) because Washington has now paid the filing fee in full, deems MOOT Washington's Application for Leave to Proceed in Forma Pauperis [Doc. 2] file-stamped

December 24, 2014; and

    (3) RE-REFERS this matter to Magistrate Judge Mitchell for further proceedings.

ENTERED 20th day of January, 2015.

                                           LEE R. WEST
                                           UNITED STATES DISTRICT JUDGE